# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

NO.  2022 CW 0959

VERSUS

TEXAS BRINE COMPANY, LLC

**NOVEMBER 21, 2022**

---

In Re:   Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34,316.

---

**BEFORE:   GUIDRY, THERIOT, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** In its writ application, relator, Texas Brine Company, LLC, failed to include the correct signed judgment (including notice of signing thereof), as contemplated by the district court during the June 21, 2022 hearing on respondent, Legacy Vulcan, L.L.C.'s, Motion for Partial Summary Judgment Regarding Closing and Appraisal Costs, a violation of Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

Any future filing on the issue presented in this writ application should include the entire contents of this application, the missing items as noted above, and all documentation to support the writ application's timeliness. Further, in the event relator elects to file a new application with this court, the application shall be filed on or before December 6, 2022 and must contain a copy of this court's ruling.

**JMG**
**MRT**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT